IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sacha B. Daugherty,

  Plaintiff(s),

vs.

Commissioner of Social Security,

  Defendant(s).

Case Number: 1:16cv898

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 20, 2017 a Report and Recommendation (Doc. 11). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 13) and plaintiff filed a response to defendant's objections (Doc. 14).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's decision is REVERSED and REMANDED under sentence four, for further development of the record consistent with the report and recommendation. Judgment is entered and this case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

             ___s/Susan J. Dlott_____
             Judge Susan J. Dlott
             United States District Court