IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sacha B. Daugherty,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:16cv898

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 22, 2017 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 6, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that pursuant to the stipulation (Doc. 18), plaintiff is AWARDED the total sum of $4,400.00 in attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). It is FURTHER ORDERED that plaintiff's earlier motion for an award of fees for a greater amount (Doc. 17) is DENIED AS MOOT.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court